

# Missouri Department of Revenue
## Mail-To Address Change Request

Form 4160

**Last Name**

**First Name**

**Middle Name**

**Date of Birth (MM/DD/YYYY)**

**Last Four Digits of SSN**

**Daytime Telephone Number**

### Old Address (Optional)

Mailing Address

City

County   State   ZIP Code

### New Address

Mailing Address

City

County   State   ZIP Code

### Records to be Updated

☐ **Driver License Records** - This will only update the mailing address on your Missouri driver record. If you want to update the residential address recorded and printed on an instruction permit, driver license, or nondriver license, you must apply and pay for an updated document at a Missouri license office.

Driver License Number

☐ **Individual Income Tax Records**

☐ **Motor Vehicle Records** - List all passenger car, truck, recreational vehicle, motorcycle, trailer license plates, disabled placards, and boat or outboard motor title numbers below.

License Plate Number   Expiration Year

Disabled Placard Number   Expiration Year

Boat or Outboard Motor Title Number

### Signature

Under penalties of perjury, I declare that the above information and any attached supplement is true, complete, and correct.

Signature

Printed Name

Date (MM/DD/YYYY)

E-mail Address

**Business Tax Records** - To request a change of address for a business, complete a Registration Change Request (**Form 126**).

**Mail to:** Missouri Department of Revenue
P.O. Box 100
Jefferson City, MO 65105-0100
**E-mail:** dormail@dor.mo.gov

**Driver License Bureau:** (573) 526-2407
**Motor Vehicle Bureau:** (573) 526-3669
**Individual Income Tax:** (573) 751-3505
**Business Tax:** (573) 751-5860

Form 4160 (Revised 01-2018)

To request a change of address online, visit
**http://dor.mo.gov/howdoi/addchange.php**.

Case 2:18-cv-04079-BCW   Document 19-5   Filed 04/24/18   Page 1 of 1

**Exhibit E**