IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF MISSOURI,** *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> **JOHN R. ASHCROFT,** *et al.*, <br><br> Defendants. | Case No. 18−cv−04073−BCW |

**JOINT MOTION FOR PERMISSION TO APPEAR BY TELEPHONE**

COMES NOW Defendant John R. Ashcroft and Defendant Joel Walters, by and through counsel, and request permission for counsel to attend the scheduling conference, (DE 45.), by telephone. In support, Defendants offer the following:

1. That the scheduling conference is currently set on Monday, June 18, 2018, at 10:00 am, (DE 45.);

2. That the scheduling conference was previously set for Wednesday, June 20, 2018, at 10:00 am;

3. That Counsel for Defendant Ashcroft is taking annual leave on June 18, 2018, and June 19, 2018, but understands the Court's need to change the date from June 20, 2018;

4. That Counsel for Defendant Ashcroft will be out of state on June

18, 2018, but can make himself available to appear by telephone, if permitted by the Court; and

    5.    That Defendant Walters' Counsel office in Jefferson City, MO, and St. Louis, MO, and would appreciate the opportunity to appear by telephone.

WHEREFORE, Defendants request this Court enter an order allowing counsel to attend the scheduling conference, (DE 45.), by telephone.

                      Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

_____
C. Douglas Shull, #49893
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8108 – Telephone
(573) 751-9456 – Facsimile
doug.shull@ago.mo.gov - Email

Attorneys for Defendant Ashcroft

And

/s/ Ryan Bangert
_____
Ryan Bangert, MO Bar No. 69644
Deputy Attorney General for Civil
    Litigation
Missouri Attorney General's Office
207 West High Street
P.O. Box 899

2

Jefferson City, Missouri 65102-0899
Phone: 573-751-8828
Fax: 573-751-0774
Ryan.Bangert@ago.mo.gov

/s/ David D. Dean
David D. Dean
MO Bar No. 67190
Assistant Attorney General
815 Olive Street
St. Louis, Missouri 63114
Phone: 314-340-7950
Fax: 314-340-7029
David.Dean@ago.mo.gov

Attorneys for Defendant Walters

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, June 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the attorneys of record.

C. Douglas Shull,
Assistant Attorney General