**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, ST. LOUIS A. PHILIP RANDOLPH INSTITUTE, and GREATER KANSAS CITY A. PHILIP RANDOLPH INSTITUTE,<br><br>      Plaintiffs,<br><br>v.<br><br>JOHN R. ASHCROFT, in his official capacity as the Missouri Secretary of State, and<br><br>JOEL W. WALTERS, in his official capacity as the Director of the Missouri Department of Revenue,<br><br>      Defendants. | No. 2:18-cv-04073-BCW |

## Notice of 30(b)(6) Deposition

TO:    Joel L. Walters, in his official capacity as the Director of the Missouri
         Department of Revenue
         by his attorneys, David D. Dean
         Assistant Attorney General
         815 Olive Street
         St. Louis, Missouri 63114
         Phone: 314-340-7950
         Fax: 314-340-7029
         David.Dean@ago.mo.gov

         Ryan L. Bangert
         Deputy Attorney General for Civil Litigation
         P.O. Box 899
         Jefferson City, MO 65102
         (573) 751-7421 (telephone)

1

(573) 751-0774 (facsimile)
Ryan.Bangert@ago.mo.gov

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the undersigned will take the deposition, on oral examination before a stenographer, of the Missouri Department of Revenue ("DOR"), on July 26, 2018, commencing at 1:00 p.m., at the Office of the Missouri Attorney General, 221 West High Street, Jefferson City, Missouri 65101, and continuing between the hours of 8:00 a.m. to 6:00 p.m. from day to day thereafter until completed. Such deposition is intended to be used for any lawful and proper purposes, including use at trial as evidence.

Pursuant to Rule 30(b)(6), Defendant Walters shall designate one or more officers, directors, managing agents, or other persons who shall be designated to testify on behalf of the DOR, regarding all information known or reasonably available, with respect to the following:

1. How DOR's online change-of-address ("COA") system functions, including interaction with other COA systems such as the National Change of Address System, and data concerning COA from three separate methods of COA identified in the Wisch Declaration (Doc. 47-1).

2. How DOR currently processes and transmits voter registration information and updates for existing Missouri registered voters that are submitted during transactions conducted in person, online, or by mail, including as

2

part of Form 4317 and 4318, to update a DOR client's residential or mailing address information.

3. The content and accessibility of information DOR maintains in its own customer files including mail, phone, and email contact information and voter registration information.

4. How, if at all, DOR currently interacts with local election officials concerning questions about whether a voter is registered and/or should have their ballot or provisional ballot counted.

5. Means to implement, and expenses of and burden associated with, implementing relief to address the violations alleged in Plaintiffs' Preliminary Injunction Motion and the attendant Suggestions in Support, including, but not limited to, the Plaintiffs' Proposed Preliminary Injunction Remedy and the remedial systems described in the Wisch Declaration (Doc. 47-1).

To the extent that more than one deponent is identified, Defendant Walters shall state in advance of the deposition which portions of this notice each deponent is prepared to address. This deposition is limited in the above-noted topics and is taken based upon agreement of the parties that any remaining portion of this deposition may be taken at a later date prior to any trial on the merits.

                                            Respectfully Submitted,

                                            /s/ Gillian R. Wilcox
                                            Gillian R. Wilcox, #61278
                                            ACLU OF MISSOURI FOUNDATION

406 W. 34th Street, Suite 420
Kansas City, MO 64111
Telephone: (816) 470-9938
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, MO 63101
Telephone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Denise D. Lieberman* #47013
Sabrina Khan***
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington, DC 20005
Telephone: (314) 780-1833
Fax: (202) 728-9557
dlieberman@advancementproject.org
skhan@advancementproject.org

Naila S. Awan*
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: (212) 485-6065
nawan@demos.org

Allie Boldt* **
Chiraag Bains (MA Bar No. 673627)* **
DĒMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: (202) 864-2746
aboldt@demos.org
cbains@demos.org

Sarah Brannon* **
Davin M. Rosborough* **

4

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 675-2337
sbrannon@aclu.org
drosborough@aclu.org

Joshua B. Picker\*
Saad Rizwan\*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010
jpicker@cov.com
srizwan@cov.com

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R.49(c)(3).
\*\*\* Admission pending

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, a copy of the foregoing was served on counsel of record by operation of the Court's CM/ECF system.

/s/ Gillian R. Wilcox