IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, ST. LOUIS A. PHILIP RANDOLPH INSTITUTE, and GREATER KANSAS CITY A. PHILIP RANDOLPH INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN R. ASHCROFT, in his official capacity as the Missouri Secretary of State, and<br><br>JOEL W. WALTERS, in his official capacity as the Director of the Missouri Department of Revenue,<br><br>Defendants. | No. 2:18-cv-04073-BCW |

## Notice of 30(b)(6) Deposition

TO: John R. Ashcroft, in his official capacity as the Director of the Missouri Secretary of State
by his attorney, C. Douglas Shull
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8108 – Phone
(573) 751-9456 – Fax
doug.shull@ago.mo.gov

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the undersigned will take the deposition, on oral examination before a stenographer, of the Missouri Secretary of State, on July 26, 2018, commencing at

1

9:30 a.m., at the Office of the Missouri Attorney General, 221 West High Street, Jefferson City, Missouri 65101, and continuing between the hours of 8:00 a.m. to 6:00 p.m. from day to day thereafter until completed. Such deposition is intended to be used for any lawful and proper purposes, including use at trial as evidence.

Pursuant to Rule 30(b)(6), Defendant Ashcroft shall designate one or more officers, directors, managing agents, or other persons who shall be designated to testify on behalf of the Missouri Secretary of State, regarding all information known or reasonably available, with respect to the following:

(1) How voter registration information is entered and updated in the Missouri Voter Registration System, including (a) the roles and responsibilities of local election officials and state election officials in maintaining voter registration information and (b) the information available to local election officials versus state election officials.

(2) How the Secretary of State's Office, in discharging its obligations under Section 5 of the NVRA, interacts with local election officials and the Department of Revenue ("DOR"), including the process and procedure by which the Secretary of State's Office oversees and coordinates with local election officials, the DOR, and local motor vehicle license offices to receive and process address changes and voter registration information submitted by or through DOR and local motor vehicle license offices.

2

(3) Means to implement, and expenses of and burdens associated with, implementing relief to address the violations alleged in Plaintiffs' Preliminary Injunction Motion and the attendant Suggestions in Support, including, but not limited to, Plaintiffs' Proposed Preliminary Injunction Remedy.

To the extent that more than one deponent is identified, Defendant Ashcroft shall state in advance of the deposition which portions of this notice each deponent is prepared to address. This deposition is limited in the above-noted topics and is taken based upon agreement of the parties that any remaining portion of this deposition may be taken at a later date prior to any trial on the merits.

Respectfully Submitted,

/s/ Gillian R. Wilcox
Gillian R. Wilcox, #61278
ACLU OF MISSOURI FOUNDATION
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Telephone: (816) 470-9938
gwilcox@aclu-mo.org

Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, MO 63101
Telephone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Denise D. Lieberman* #47013
Sabrina Khan***
ADVANCEMENT PROJECT

3

1220 L Street NW, Suite 850
Washington, DC 20005
Telephone: (314) 780-1833
Fax: (202) 728-9557
dlieberman@advancementproject.org
skhan@advancementproject.org

Naila S. Awan*
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: (212) 485-6065
nawan@demos.org

Allie Boldt* **
Chiraag Bains (MA Bar No. 673627)* **
DĒMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: (202) 864-2746
aboldt@demos.org
cbains@demos.org

Sarah Brannon* **
Davin M. Rosborough* **
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 675-2337
sbrannon@aclu.org
drosborough@aclu.org

Joshua B. Picker*
Saad Rizwan*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010
jpicker@cov.com
srizwan@cov.com

4

*Attorneys for Plaintiffs*

\*     Admitted *pro hac vice*
\*\*   Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R.49(c)(3).
\*\*\* Admission pending

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018, a copy of the foregoing was served on counsel of record by operation of the Court's CM/ECF system.

/s/ Gillian R. Wilcox