# In The United States District Court
## Western District of Missouri
### Central Division

LEAGUE OF WOMEN VOTERS OF
MISSOURI, *et al.*,

Plaintiff,

v.

JOHN R. ASHCROFT, *et al.*,

Defendants.

Case No. 18−cv−04073−BCW

## MOTION TO WITHDRAW

COMES NOW Assistant Attorney General C. Douglas Shull and requests leave to withdraw his appearance on behalf of Defendant John R. Ashcroft. Assistant Attorney General David D. Dean has entered his appearance on behalf of Defendant John R. Ashcroft.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

C. Douglas Shull, #49893
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8108 – Telephone
(573) 751-9456 – Facsimile
doug.shull@ago.mo.gov - Email

Attorneys for Defendant Ashcroft