# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:18-CV-04073-BCW<br>) |
| JOHN R. ASHCROFT,<br>in his official capacity as Missouri<br>Secretary of State, et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Modification of Scheduling Order (Doc. #102). The Court, being duly advised of the premises, grants said motion and establishes the following amended deadlines.

On August 8, 2018, the Court entered a Scheduling and Bench Trial Order (Doc. #81). The scheduling order set the discovery closure deadline on November 6, 2018, and the dispositive motion deadline on November 20, 2018. The scheduling order also set this matter for bench trial on April 15, 2019.

On October 19, 2018, the parties filed the instant joint motion to modify the original scheduling order. (Doc. #102). The Court, having considered the joint motion and the amended deadlines proposed, grants said motion. Accordingly, it is hereby

ORDERED the parties' Joint Motion for Modification of Scheduling Order (Doc. #102) is GRANTED. It is further

ORDERED any dispositive motion, except those under Fed. R. Civ. P. 12(h)(2) or (3), shall be filed on or before **April 30, 2019**. It is further

1

ORDERED all pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before **March 31, 2019**. It is further

ORDERED unless otherwise modified, all other deadlines and requirements set forth in the original scheduling order remain unaltered and in effect. It is further

ORDERED this matter is set for a telephone conference to schedule an amended trial date on **November 6, 2018, at 9:30 a.m. CST.** The Courtroom Deputy, Joella Baldwin, will arrange participation in the conference.

IT IS SO ORDERED.


DATED: <u>October 31, 2018</u>  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT