# Request for Change of Mail-To Address

Thank you for using the online mail-to address change request service!

This online service may be used to update your mail-to address for Driver License, Motor Vehicle, or Individual Income Tax records.

**Note: For Business Tax Records -** At this time you **cannot** submit an address change for business tax records. If you need to add or change a location you can:

- Download **Form 126 (http://dor.mo.gov/forms/index.php?category=&formName=126)** Change Request, and mail it in.
- For corporation registration changes, **visit the SOS website (http://www.sos.mo.gov/business/corporations/)**.
- Call (573) 751-5860 for business tax address change questions.

An asterisk (*) indicates a required field.

## Personal Information

**\*First Name:**

**\*Last Name:**

**Middle Name:**

**\*Last four digits of SSN:**

example: NNNN

**\*Daytime Phone Number:**

(___)___-____

example: (NNN) NNN-NNNN

**E-mail Address:**

(Recommended)

**Exhibit D**

Case 2:18-cv-04073-BCW   Document 104   Filed 11/07/18   Page 1 of 3

**Confirm E-mail Address:**

# Old Mail-To Address

**\*Street Address:**

**\*City:**

**\*State:**

Select a State ▼

**\*Zip:**

**\*County:**

# New Mail-To Address

**\* Street Address:**

**\*City:**

**\*State:**

Missouri ▼

**\*Zip:**

**\*County:**

# Records To Be Updated

Case 2:18-cv-04073-BCW Document 11-44 Filed 04/17/18 Page 2 of 3
Case 2:18-cv-04073-BCW Document 1-44 Filed 11/07/18 Page 2 of 3

## ☐ Driver License Records

This will only update the mailing address on your Missouri driver record. If you want to update the residential address recorded and printed on an instruction permit, driver license, or nondriver license that you carry in your wallet, you must apply and pay for an updated document at a Missouri license office.

**\*Driver License Number:**

[                                                                            ]

**\*Date of Birth:**

[                                                                          ▼]

[                                                                          ▼]

[                                                                          ▼]

## ☐ Individual Income Tax Records

## ☐ Motor Vehicle Records

List all Motor Vehicle Records below:

**Type:**

[ Select                                                                   ▼]

**Number:**

[                                                                            ]

**Expiration Year:**

[                                                                          ▼]

[ Add to list ]

\* ☐ **By submitting this request, I affirm that I am the applicant listed on the above referenced record(s).**

[ Submit Address Change Form ]