

Form **4317**

Missouri Department of Revenue
**Mail-in Driver License Application**

**Office Use Only**
☐ Renewal  ☐ Duplicate

You may qualify to renew your driver license or obtain a duplicate driver license if you are active duty military personnel or dependent and are temporarily out-of-state or country. Please complete this application and submit the required documents in order to receive a Missouri driver license through the mail.

**Complete both sides of this application and answer all questions that apply to you.**

| Last Name | First Name | Middle Name | Suffix | Sex ☐ Male ☐ Female | Missouri Driver License Number |
|---|---|---|---|---|---|

| Missouri Street Address (No PO Boxes) *Required Field | City | State | ZIP Code | County |
|---|---|---|---|---|

| Out-of-State or Country Mailing Address * Required Field | City | State or Country | ZIP Code | When will you return to Missouri? |
|---|---|---|---|---|

| Mail-to Address ☐ Out of State ☐ Out of Country ☐ Missouri | E-mail Address |
|---|---|

| Last 4 Digits of Social Security Number | Date of Birth | Height | Weight | Eye Color | Telephone Number | Select One ☐ Military ☐ Military Dependent |
|---|---|---|---|---|---|---|

Select the type of license you currently hold. (Select only one) *Required Field
☐ Class A  ☐ Class B  ☐ Class C  ☐ Class E  ☐ Class F  ☐ Class M

Do you understand that any other driver license in your name is invalid with this application?
☐ Yes  ☐ No

### Commercial Driver License Only

Any person applying for a commercial driver license (CDL) must certify to one of the four categories shown below in the Self-Certification Information block indicating the type of commercial vehicle operation they drive in or expect to drive in with their CDL.
Drivers who select "non-excepted interstate" or non-excepted intrastate" below **must also submit a current medical examiner's certificate,** and any applicable waivers, with this form.

I certify my commercial operating status is-check only one box below:
(Selecting more than one box will delay processing of this form.)

☐ **Non-excepted Interstate** - (NI) Operates or expects to operate in interstate commerce and is subject to and meets the qualification requirements under 49 CFR part 391, and is required to obtain a medical examiner's certificate by 49 CFR 391.45. (Current medical examiner's certificate, and any applicable waiver, must be submitted with this form.

☐ **Non-excepted Intrastate** - (NA) Operates only in intrastate commerce and is required to meet Missouri's current medical requirements. (Current medical examiner's certificate, and any applicable waiver, must be submitted with this form.)

☐ **Excepted Interstate** - (EI) Operates or expects to operate in interstate commerce, but engages exclusively in transportation or operations excepted under 49 CFR 390.3(f), 391.2, 391.68, or 398.3 from all or parts of the qualification requirements certificate by 49 CFR 391.45. These exceptions are listed in detail on the Department of Revenue's website at **dor.mo.gov/faq/drivers/medcert.php**.

☐ **Excepted Intrastate** - (EA) Operates or expects to operate in intrastate commerce, but engages exclusively in transportation or operations that are excepted from all parts of Missouri's medical requirements. (This is Missouri's grandfather exemption where the driver operates solely in intrastate commerce and had a valid chauffeur's license on or before May 13, 1988.)

Have you been licensed in any other state within the past 10 years?
☐ Yes  ☐ No

If yes, please submit a list of those states, your license number, if known, and any alias names that you may have used while licensed in that state.

### Motor Voter Information

Are you registered to vote at your current address?  ☐ Yes ☐ No
Do you wish to register to vote?  ☐ Yes ☐ No

(If "Yes", complete the Motor Voter Registration Application, attached to this form, (Form 4386) and mail it to the county clerk where you reside or you may return it with Form 4317.)

### Boater Identification Indicator

Do you wish to add or retain a boater identification indicator to your driver license?  ☐ Yes ☐ No
If "Yes", enter your Boating Safety Education Card control number here_____ and add an additional $1.00 to your transaction.

### Permanent Disability Indicator

Do you wish to add or retain a permanent disability indicator to your driver license?  ☐ Yes ☐ No
If "Yes", submit a completed Form 5294 Physician's Statement - Permanent Disability Indicator (available at dor.mo.gov) with this application.

### Selective Service Information

Do you wish to register with the Selective Service?  ☐ Yes ☐ No

### Medical (to be completed by applicant)

In the past 6 months have you had:
Convulsions, Epilepsy or Blackouts  ☐ Yes ☐ No
Paralysis  ☐ Yes ☐ No
Heart Attack, Stroke, Heart Disease  ☐ Yes ☐ No
Other (If yes, please explain)  ☐ Yes ☐ No

### J88 Notation

Are you deaf or hard of hearing, and wish to add the "J88" notation to you driver license?  ☐ Yes ☐ No
(If so, provide a doctor's statement with this application.)

### Blindness Awareness Fund

Do you want to donate $1.00

### Organ Donor

Please refer to **www.MissouriOrganDonor.com** regarding the First Person Consent Organ, Eye, and Tissue donor registry prior to answering the following questions.
Do you want to donate $1.00 to the organ donor fund?  ☐ Yes ☐ No
Do you consent to be listed in the Donor Registry System as an organ, eye and tissue donor?  ☐ Yes ☐ No
Do you authorize an Organ Donor symbol to be placed on your license or permit?  ☐ Yes ☐ No

### Appropriate License Fee

☐ Check  ☐ Money Order  ☐ Credit Card
If you are paying by credit card you must include the following:
Card type: ☐ Discover  ☐ Mastercard  ☐ American Express  ☐ Visa
Card Number: _____
Name on Card: _____ Expiration Date: (MM/YY) __ __ / __ __
A convenience fee will be charged for credit or debit card transactions.

### Applicant's Signature (Physical Signature Only) *Required

I hereby certify under penalty of perjury, that all information regarding this transaction, including my residential address furnished pursuant to Sections **302.171** and **302.181** RSMo is true and accurate. (Signature must be centered in the box and not extend outside the box.)
**Sign in the box below.▼ Black ink only.**

Signature Box

**Exhibit F**

## Mail-in Driver License Application and Instructions (Active Duty Military Personnel and Military Dependents Only)

> You may qualify to renew or replace your Missouri driver license if you are temporarily out-of-state or country. Please read all instructions before completing the form. Your mail-in license application will be processed within 7-10 days from the date it is received in our office.
>
> This form is not for use by Missouri drivers who are currently in the State of Missouri.
>
> This form is also not valid to renew or replace a "valid without photo" (VWP) driver license, except for active duty U.S. military personnel. All other VWP applicants must return to Missouri to apply for a new license.

**Incomplete applications will not be accepted. You must submit the following:**

☐ **Proof of Military Active Duty or Dependent Status (such as photocopy of military photo ID)** — Required for ALL applicants. Note: The vision examination and highway sign recognition test are waived upon proof of status.

☐ **Name, Date of Birth, and Place of Birth** — (Submit legible photocopies - not original documents):
U.S. Citizen: U.S. Birth Certificate, U.S. Passport, Certificate of Citizenship, Certificate of Naturalization or Certificate of Birth Abroad. U.S. Military Identification Card or Discharge Papers accompanied by a copy of U.S. Birth Certificate issued by a state or local Government. Non-U.S. Citizen: Document(s) indicating current immigration status such as permanent resident alien card, I-94, etc. Expiration date of document will be determined by expiration date of status per verification through the Department of Homeland Security. Age 65 and Older Exemption — If you are renewing a non-commercial driver license and are age 65 or older, you are exempt from presenting documents for place of birth.

☐ **Social Security Number**
Provide the last 4 digits of your social security number in the appropriate box on this form if a number has been assigned to you; or if a number has not been assigned, you must present a letter from the Social Security Administration (SSA) regarding the status of your Social Security Number.

☐ **Name Change (if applicable)** — Due to marriage, divorce, adoption, etc.
If your current name is different from the name on your name verification document presented above or your previous name on your Missouri record, you must submit a copy of one of the following documents reflecting the correct and current name:

| | | |
|---|---|---|
| Certified Marriage Certificate | Certified Divorce Decree | Certified Adoption Papers or Amended Birth Certificate |
| U.S. Passport (valid or expired) | Certified Court Order | Social Security Card or Medicare Card |

☐ **Missouri Residential Address**
Provide proof of your Missouri residential address and mailing address. Acceptable documents include; voter registration card, utility bill, bank statement, government check stub, pay check stub, property tax receipt, etc. (A Post Office Box wil not be allowed as a residential address.)

☐ **Signed Application Form**
Complete all parts of this application and review prior to signing. Your physical signature (or your signature, signed by your POA, and the signature of your POA, accompanied by a copy of the POA document) must appear within the signature box on the opposite page. Digital signatures are not accepted.

☐ **Boater Identification Indicator**
If you have been issued a boating safety education card by the Missouri State Water Patrol under **Section 306.127, RSMo**, you may elect to have a boater identification indicator placed on the back of your driver license. To have the indicator added to your document, you must submit the control number from your Boating Safety Education Card and add an additional $1.00 to your transaction.
If your current license has a boater identification indicator, you may elect to retain the indicator on your new or renewal document. There is no additional cost to retain a previously issued indicator.

☐ **Permanent Disability Indicator**
If you are permanently disabled, you may apply for a permanent disability indicator indicating such status to be placed on the back of your driver or nondriver license. To have the indicator added to your document, you must submit **Form 5294** Physician's Statement - Permanent Disability Indicator.
If your current license has a permanent disability indicator, you may elect to retain the indicator on your new or renewal document. A new physician's statement is not required.

☐ **Appropriate License Fee** — Required for all applicants. Payment may be made by a U.S. cashier's check, money order, traveler's check, personal check or credit card. Make check or money order payable to Missouri Department of Revenue. If payment is to be made by credit card complete the credit card information section within the application form. NOTE: If your driver license is within six months of expiring when the mail-in application is received in our office, the transaction is processed as a renewal.

| | | | |
|---|---|---|---|
| • Renewal driver license (Age 21-69) | Class F or M = $20.00 | Class E = $35.00 | Class A, B, or C = $45.00 |
| • Renewal driver license (All other ages) | Class F or M = $10.00 | Class E = $17.50 | Class A, B, or C = $22.50 |
| • Duplicate of a 6-year driver license | Class F or M = $12.50 | Class E = $20.00 | Class A, B, or C = $25.00 |
| • Duplicate of a 3-year driver license | Class F or M = $10.00 | Class E = $17.50 | Class A, B, or C = $22.50 |
| (Under 21 or 70 and older) | | | |

Please be sure to write your driver license number on your check or money order. If you have marked on the application that you would like to donate to either or both of the funds, you must add that donation to your fee.

A convenience fee will be charged for credit or debit card transactions.

The completed and signed application form, along with all required supporting documents required may be submitted by mail, fax or may be scanned and sent via email. Applications submitted without the required supporting documents will not be processed.

Form 4317 (Revised 11-2017)

**Mail to:** Driver License Bureau
Attention MIL
P.O. Box 200
Jefferson City, MO 65105-0200

**Phone:** (573) 526-2407
**Fax:** (573) 751-0466
**E-mail:** dlbmail@dor.mo.gov

Visit **http://www.dor.mo.gov/drivers/**
for additional information.



## MOTOR VOTER REGISTRATION APPLICATION

**Use this application to:**
1. Register to vote in federal, state, county, and municipal elections in Missouri.
2. Change the name on a current voter registration.
3. Change the address on a current voter registration.

**To be eligible to register to vote you must:**
1. Be a U.S. Citizen.
2. Be a Missouri resident.
3. Be at least 17 1/2 years of age (must be 18 to vote).
4. Not be adjudged incapacitated by a court of law.
5. Not be confined under a sentence of imprisonment.
6. Not be on probation or parole after conviction of a felony, until finally discharged.
7. Not have been convicted of a felony or misdemeanor connected with the right to suffrage.

**Other information:**
1. You must be 18 years of age by the day of the particular election to be eligible to vote in that election.
2. IF YOU ARE SUBMITTING THIS FORM BY MAIL AND ARE REGISTERING FOR THE FIRST TIME, PLEASE SUBMIT A COPY OF A CURRENT, VALID PHOTO IDENTIFICATION. IF YOU DO NOT SUBMIT SUCH INFORMATION, YOU WILL BE REQUIRED TO PRESENT ADDITIONAL IDENTIFICATION UPON VOTING FOR THE FIRST TIME SUCH AS A BIRTH CERTIFICATE, A NATIVE AMERICAN TRIBAL DOCUMENT, OTHER PROOF OF UNITED STATES CITIZENSHIP, A VALID MISSOURI DRIVERS LICENSE OR OTHER FORM OF PERSONAL IDENTIFICATION.
3. Submitting this application to an individual other than the election authority does not insure timely voter registration.
4. After the election authority receives your voter registration application, you will be sent confirmation within seven business days. If you do not receive confirmation contact the election authority.
5. If you wish to serve as an election judge on election day please contact your local election authority.

**Absentee Voting**
Registered voters who are unable to go to the polls on election day may vote via absentee ballot. This process begins six weeks before the election. Individuals wishing to vote by absentee ballot must make their application in writing, stating the reason they will be prevented from going to the polls on election day. Voters wishing to have their absentee ballot mailed to them must have their request in the office of election authority no later than 5:00 p.m. on the Wednesday before the election. The voter may however continue to vote via absentee in person, in the office of the election authority until 5:00 p.m. the day before the election. For information about requesting an absentee ballot contact your local election authority or visit the Missouri Secretary of State website at ww.sos.mo.gov/.

**YOUR APPLICATION WILL BE CONFIRMED BY MAIL WITHIN SEVEN (7) BUSINESS DAYS OF RECEIPT BY THE ELECTION AUTHORITY. PLEASE CONTACT THE ELECTION AUTHORITY IF YOU DO NOT RECEIVE NOTIFICATION.**
(DETACH HERE - KEEP TOP PORTION FOR YOUR RECORDS) This card is not proof of registration.

---

FORM **4386**

**MISSOURI DEPARTMENT OF REVENUE**
**MOTOR VOTER REGISTRATION APPLICATION**

Driver License Bureau

If not completing electronically, please use a pen and print clearly.

| 1 | ARE YOU A CITIZEN OF THE UNITED STATES OF AMERICA? ☐ Yes ☐ No | 2 | WILL YOU BE 18 YEARS OLD ON OR BEFORE ELECTION DAY? ☐ Yes ☐ No |

**If you checked no in response to either of the above questions, do not complete this form.**

| 3 | ☐ NEW REGISTRATION ☐ ADDRESS CHANGE ☐ NAME CHANGE | FOR OFFICE USE ONLY REGISTRATION NO |

| 4 | LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | SEX ☐ Male ☐ Female |

| 5 | ADDRESS WHERE YOU LIVE (HOUSE NO., STREET, APT. NO. OR RURAL ROUTE AND BOX - NO PO BOXES) | CITY | COUNTY | ZIP CODE |

| 6 | ADDRESS WHERE YOU GET YOUR MAIL (REQUIRED IF DIFFERENT FROM #5 ABOVE) | CITY | STATE | ZIP CODE |

| 7 | DRIVER LICENSE NUMBER | 8 | LAST 4 DIGITS OF SOCIAL SECURITY NUMBER* IF YOU DO NOT HAVE A SOCIAL SECURITY NUMBER, PLEASE LEAVE BLANK _____ |

| 9 | DATE OF BIRTH (MM/DD/YY) | 10 | PLACE OF BIRTH (OPTIONAL) | 11 | DAYTIME PHONE NO. (OPTIONAL) |

| 12 | NAME AND ADDRESS ON LAST VOTER REGISTRATION ** | 13 | I hereby certify that I am a citizen of the United States and a resident of the state of Missouri. I am at least seventeen and one half years of age. I have not been adjudged incapacitated by any court of law. If I have been convicted of a felony or a misdemeanor connected with the right of suffrage, I have had the voting disabilities resulting from such conviction removed pursuant to law. I swear under penalty of perjury that all statements made on this card are true to the best of my knowledge and belief. I understand that if I register to vote knowing that I am not legally entitled to register, I am committing a class one election offense and may be punished by imprisonment of not more than five years or by a fine between two thousand five hundred dollars and ten thousand dollars or by both such imprisonment and fine. |

NAME _____
ADDRESS _____
CITY _____ STATE _____
COUNTY _____
** If currently registered in another state or county please complete this box

| 14 | RURAL VOTERS: COMPLETE THIS SECTION IF YOU LIVE OUTSIDE THE CITY LIMITS OF ANY CITY |

I live _____ miles N S E W (circle one) of
_____ landmark or junction (circle one) of
Section, Township, and range _____
My neighbors are _____

Date _____ Signature _____

☐ Check here if you are interested in working as an Election Judge    Warning: Conviction for making a false statement may result in imprisonment for up to five years and/or a fine up to $10,000.

* Required for registration pursuant to Section 115.155, RSMo and Section 115.158, RSMo and will be used only by authorized officials to combat voter fraud and facilitate orderly elections.

Form 4386 (Revised 02-2006)