UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, ST. LOUIS A. PHILIP RANDOLPH INSTITUTE, and GREATER KANSAS CITY A. PHILIP RANDOLPH INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN R. ASHCROFT, in his official capacity as the Missouri Secretary of State, and <br><br> JOEL W. WALTERS, in his official capacity as the Director of the Missouri Department of Revenue, <br><br> Defendants. | Case No. 2:18-cv-04073-BCW |

**DEFENDANTS' CONSENT MOTION TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT OUT OF TIME**

COME NOW Defendants John R. Ashcroft, in his official capacity as the Missouri Secretary of State, and Joel W. Walters, in his official capacity as the Director of the Missouri Department of Revenue, by and through their undersigned counsel, and respectfully move the Court for additional time to answer Plaintiff's Second Amended Complaint, pursuant to Fed. R. Civ. P. 6(b)(1). In support of this motion, Defendants state as follows:

1. Plaintiffs' filed their Second Amended Complaint on November 7, 2018, with consent of Defendants. (Dkt. 110).

2. Plaintiffs' Second Amended Complaint contains no new allegations compared to Plaintiffs' First Amended Complaint. The only changes in Plaintiffs' Second Amended

1

Complaint are the deletion of certain allegations included in Plaintiffs' First Amended Complaint. (Dkt. 110).

3. Defendants' answer to Plaintiffs' Second Amended Complaint was due on or before November 21, 2018.

4. This is Defendants' first request for an extension of time to respond to Plaintiffs' Second Amended Complaint.

5. Due to the press of business, counsel for Defendants request an extension of time up to and including December 14, 2018, to answer Plaintiffs' Second Amended Complaint.

6. Plaintiffs' counsel, Anthony Rothert, consented to this extension of time by telephone conversation on December 10, 2018.

7. Defendant Ashcroft's proposed Answer to Plaintiffs' Second Amended Complaint is attached hereto as Exhibit A. Defendant Walters's proposed Answer to Plaintiffs' Second Amended Complaint is attached hereto as Exhibit B.

8. This motion is not being brought to hinder or delay these proceedings, prejudice any party, or for any other improper purpose.

WHEREFORE, in consideration of the foregoing, Defendants respectfully move this Court to extend the time for Defendants to answer Plaintiffs' Second Amended Complaint to December 14, 2018, to order that Defendants' proposed Answers are deemed filed as of this date, and to grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: December 14, 2018    **JOSHUA D. HAWLEY**
Attorney General

/s/ *David D. Dean*

David D. Dean
Assistant Attorney General
Mo. Bar No. 67190
P.O. Box 861
St. Louis, MO 63188
Phone: (314) 340-7950
Fax: (314) 340-7029
david.dean@ago.mo.gov

Russell J. Keller
Assistant Attorney General
Mo. Bar No. 58393
615 E. 13th Street
Kansas City, MO 64106
Phone: (816) 889-5023
Fax: (816) 889-5006
russell.keller@ago.mo.gov

*Attorneys for Defendant Joel W. Walters, in his official capacity as the Director of the Missouri Department of Revenue*

*/s/ Jordan L. Williams*
Jordan L. Williams
Assistant Attorney General
Mo. Bar No. 58294
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-692
Fax: (573) 751-9456
jordan.williams@ago.mo.gov

*Attorneys for Defendant John R. Ashcroft , in his official capacity as the Missouri Secretary of State*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on December 14, 2018, to be served by operation of the Court's electronic filing system upon all parties.

/s/ *David D. Dean*