IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN R. ASHCROFT, <br> in his official capacity as the Missouri Secretary of State, et al., <br><br> Defendants. | Civil Action No. 2:18-cv-04073-BCW |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
IN LIGHT OF SETTLEMENT AGREEMENT**

Plaintiffs League of Women Voters of Missouri, St. Louis A. Philip Randolph Institute, and Greater Kansas City A. Philip Randolph Institute and Defendants John R. Ashcroft, in his official capacity as Missouri Secretary of State, and Kenneth Zellers, in his official capacity as Director of the Missouri Department of Revenue (collectively, "Parties"), hereby stipulate and agree as follows:

WHEREAS, on November 18, 2019, the Parties entered into a Settlement Agreement fully and finally resolving this action except with respect to Plaintiffs' application for fees, expenses, and costs, which the Settlement Agreement explicitly reserved for resolution by this Court; and

WHEREAS, the Settlement Agreement, attached hereto as Exhibit A, requires the Parties to jointly request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and decide Plaintiffs' application for fees and costs, but otherwise dismiss the action with prejudice.

THEREFORE, in consideration of the foregoing, the Parties further stipulate and agree that:

(1) In accordance with Section XI of the Parties' Settlement Agreement, the Court shall dismiss this action with prejudice, including all claims asserted by Plaintiffs against Defendants in this matter. The Court shall also vacate any pending deadlines and hearing dates in this matter and lift its Preliminary Injunction Order so that Defendants can implement the changes required by the Settlement Agreement.

(2) Without affecting the finality of this order of dismissal, the Court had and shall retain jurisdiction over this matter to:

(a) Enforce the Settlement Agreement in accordance with its terms for the duration of the Settlement Agreement as set forth in Sections XI and XII; and

(b) Decide Plaintiffs' application for fees and costs pursuant to 52 U.S.C. § 20510(c), which shall be filed on or before January 6, 2020, in accordance with the schedule set by the Court.

IT IS SO ORDERED.

DATED: _____        /s/ _____
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT

Respectfully submitted,

/s/ Melanie Pennycuff /s/ Anthony E. Rothert

Melanie Pennycuff*
Assistant Attorney General
815 Olive Street
St Louis, MO 63101
314-340-7861
melanie.pennycuff@ago.mo.gov

*Attorney for Defendants*

Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, MO 63101
Telephone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU OF MISSOURI FOUNDATION
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Telephone: (816) 470-9938
gwilcox@aclu-mo.org

Naila S. Awan*
Miranda Galindo*
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: (212) 485-6065
nawan@demos.org
mgalindo@demos.org

Chiraag Bains*
DĒMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
202-864-2746
cbains@demos.org

Sarah Brannon* **
Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 675-2337
sbrannon@aclu.org
drosborough@aclu.org

3

Denise D. Lieberman, #47013
Sabrina Khan*
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington, DC 20005
Telephone: (314) 780-1833
Fax: (202) 728-9557
dlieberman@advancementproject.org
skhan@advancementproject.org

Joshua B. Picker*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010
jpicker@cov.com

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Not admitted in the District of
Columbia; practice limited pursuant to D.C.
App. R. 49(c)(3).