IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:18-CV-04073-BCW |
| JOHN R. ASHCROFT, in his official capacity as Missouri Secretary of State, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

The Court, having reviewed the parties' stipulation (Doc. #149), orders as follows.

IT IS HEREBY ORDERED:

**(1)** this action is dismissed with prejudice;

**(2)** all pending deadlines and hearing dates are vacated;

**(3)** the Preliminary Injunction is vacated so that Defendants can implement the changes required by the Settlement Agreement;

**(4)** without affecting the finality of this order of dismissal, the Court retains jurisdiction to:

**(a)** enforce the Settlement Agreement; and

**(b)** decide Plaintiffs' application for fees and costs pursuant to 52 U.S.C. § 20510(c), which shall be filed on or before January 6, 2020, in accordance with the schedule set by the Court.

IT IS SO ORDERED.

DATE: December 20, 2019

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT