IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN R. ASHCROFT, ET AL., <br><br> Defendants. | No. 2:18-cv-04073-BCW |

MOTION FOR ATTORNEYS' FEES

Pursuant to 52 U.S.C. § 20510(c), Plaintiffs move this Court for an award of reasonable attorneys' fees, including litigation expenses. For the reasons provided in their suggestions in support, Plaintiffs are the prevailing party in this case and entitled to an award of reasonable attorneys' fees. As explained in the accompanying suggestions, a reasonable attorneys' fee for this case is $1,143,627.96 plus litigation expenses of $27,484.15.

Plaintiffs are also entitled to an award of taxable costs. They have filed a bill of costs. ECF No. 151. To the extent any expenses were improperly included on the bill of costs, those expenses should be included as part of the attorneys' fee.

Respectfully Submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
ACLU OF MISSOURI FOUNDATION

906 Olive Street, Suite 1130
St. Louis, MO 63101
Telephone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU OF MISSOURI FOUNDATION
406 W. 34th Street, Suite 420
Kansas City, MO 64111
Telephone: (816) 470-9938
gwilcox@aclu-mo.org

Denise D. Lieberman, #47013
Sabrina Khan*
ADVANCEMENT PROJECT
1220 L Street NW, Suite 850
Washington, DC 20005
Telephone: (314) 780-1833
Fax: (202) 728-9557
dlieberman@advancementproject.org
skhan@advancementproject.org

Naila S. Awan*
Miranda Galindo*
DĒMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: (212) 485-6065
nawan@demos.org
mgalindo@demos.org

Chiraag Bains (MA Bar No. 673627)*
DĒMOS
740 6th Street NW, 2nd Floor
Washington, DC 20001
Telephone: (202) 864-2746
cbains@demos.org

Davin M. Rosborough*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2613
drosborough@aclu.org

Sarah Brannon* **
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: (202) 675-2337
sbrannon@aclu.org

Joshua B. Picker*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
Fax: (212) 841-1010
jpicker@cov.com

*Attorneys for Plaintiffs*

\* Admitted *pro hac vice*
\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2020, I filed the foregoing the Clerk of the Court using the CM/ECF system, which delivered copy to all counsel of record.

/s/ Anthony E. Rothert