IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MISSOURI, et al., Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 2:18-cv-04073-BCW |
| JOHN R. ASHCROFT, et al., Defendants. | ) ) ) | |

## NOTICE OF APPEAL
## TO THE COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that John R. Ashcroft, in his official capacity as Missouri Secretary of State, and Kenneth Zellers, in his official capacity as Director of the Missouri Department of Revenue, Defendants herein, appeal to the United States Court of Appeals for the Eighth Circuit from the Order entered in this action on June 12, 2020.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/    Melanie Pennycuff
**Melanie Pennycuff***
*Assistant Attorney General*
Missouri Attorney General's Office
815 Olive Street
Suite 200
St. Louis, MO 63101
Phone: (314) 340-7652
Melanie.Pennycuff@ago.mo.gov
***PRO HAC VICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEAL is being filed electronically with the Clerk of Court on July 13, 2020, to be served by operation of the Court's electronic filing system upon all parties.

/s/     Melanie Pennycuff
Melanie Pennycuff
*Assistant Attorney General*