# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2440

League of Women Voters of Missouri, et al.

Appellees

v.

John R. Ashcroft, in his official capacity as Missouri Secretary of State and Joel W. Walters, in his official capacity as Director of the Missouri Department of Revenue

Appellants

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:18-cv-04073-BCW)

---

**ORDER**

The motion for attorney fees filed by Mr. Anthony E. Rothert is granted in the amount of $26,937 (Twenty-six thousand nine hundred and thirty-seven dollars).

August 25, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans